**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02413-CNS-MEH

ANGELO BROCK, individually and on behalf of all
others similarly situated,

 Plaintiff,

v.

FLOWERS FOODS, INC., a Georgia
corporation; FLOWERS BAKERIES, LLC,
a Georgia limited liability company; and
FLOWERS BAKING CO. OF DENVER, LLC,
a Colorado limited liability company,

 Defendants.

---

**JOINT STATUS REPORT AND REQUEST FOR FURTHER STAY PENDING
MEDIATION**

---

In their joint Status Report filed on June 6, 2026, Defendants FLOWERS FOODS, INC.,

FLOWERS BAKERIES, LLC, and FLOWERS BAKING CO. of DENVER, LLC ("FBC

Denver") (collectively "Defendants") and Plaintiff ANGELO BROCK's ("Plaintiff") (collectively

"the Parties") informed the Court that the Supreme Court of the United Staties issued its decision

Flowers Foods, Inc. v. Brock, No. 24-935, 2026 WL 1485669, at * 1 (U.S. May 28, 2026) and

asked that the stay in this matter be lifted and the Court provide the Parties with twenty-one (21)

days in which to submit a proposed Scheduling Order to the Court.

Since filing the joint Status Report on June 6, 2026, the Parties have met and conferred and

agreed to participate in mediation with the Honorable Herbert Hoffman (Ret.) of Judicate West on

August 13, 2026.

Based on the foregoing, the Parties request a stay of this action pending the scheduled

mediation.

WHEREFORE, the Parties request the stay of all proceedings in this action be continued until September 1, 2026, pending resolution of the Parties scheduled mediation.

June 26, 2026                                        Respectfully submitted,

/s/ *Shaun Markley*                                  /s/ *Jared L. Palmer*
Craig Nicholas                                       Jared L. Palmer
Alex Tomasevic                                       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Shaun Markley                                        One Embarcadero Center, Suite 900
Nicholas & Tomasevic, LLP                            San Francisco, CA 94111
225 Broadway, 19th Floor                             415-369-3553
San Diego, CA, 92101                                 jared.palmer@ogletree.com
Tel: (619) 325-0492
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org                           *Attorney for Defendants*
smarkley@nicholaslaw.org

*Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2026, I electronically filed the foregoing **JOINT STATUS UPDATE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Craig Nicholas
Nicholas & Tomasevic, LLP
cnicholas@nicholaslaw.org

Alex Tomasevic
Nicholas & Tomasevic, LLP
atomasevic@nicholaslaw.org

Shaun Markley
Nicholas & Tomasevic, LLP
smarkley@nicholaslaw.org

Wadi Muhaisen
Muhaisen & Muhaisen, LLC
wadi@muhaisenlaw.com

/s/ *Jared L. Palmer*

Jared L. Palmer
CA Bar No. 287974

3